JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

SHUHUA CHEN,

               Plaintiff,

               v.

JOSEPH B. EDLOW, et al.,

               Defendants.

Case No. CV 25-10423 FMO (MAAx)

**ORDER RE: DISMISSAL WITHOUT PREJUDICE**

The court has reviewed and considered the parties' second Stipulation for Extension of Time to Respond to Initial Complaint (Dkt. 11, "Stipulation"), which, like the first, requests a 60-day extension. The parties note that plaintiff's interview has been scheduled for March 11, 2026, but request a second extension to "allow the agency to review the case further after the interview is complete." (Id. at 1). In the court's experience with numerous similar requests in recent mandamus actions challenging similar delays, the setting of an agreed interview date generally leads to the resolution of the parties' dispute without the need for further intervention by the court. However, continuously extending case deadlines requires the continued commitment of judicial resources to monitoring the cases and ensuring compliance with requirements to file status reports. It also increases the burden on the parties to file status reports or seek dismissal of the stayed case upon resolution of the matter. It appears that the more efficient approach is to dismiss this action without prejudice to either party moving to reopen nunc pro tunc in the event

that further court intervention becomes necessary.  The court perceives no practical difference between this approach and the relief stipulated by the parties, apart from eliminating the need for future monitoring or action if plaintiff's application is timely adjudicated following the interview set by the parties.

Based on the foregoing, IT IS ORDERED THAT this action is **dismissed without prejudice** to any party seeking to vacate this Order and reopen the action nunc pro tunc in the event that plaintiff is unable to receive a determination in the time contemplated by the parties.

Dated this 12th day of February, 2026.

/s/
Fernando M. Olguin
United States District Judge
